

**FILED**
4/15/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



**RECEIVED**

MAR 11 2016
3-11-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Willie Hughes
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
_____

16-cv-3160
Judge Thomas M. Durkin
Magistrate Judge Michael T. Mason
PC11

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

[✓] **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

[ ] **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

[ ] **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Willie Hughes

    B. List all aliases: _____

    C. Prisoner identification number: N82054

    D. Place of present confinement: Vandalia CC Ill

    E. Address: Po Box 500 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Tom Hart

    Title: Cook County Sheriff

    Place of Employment: Daley Center Suite 704 Chicago Ill 60602

    B. Defendant: _____

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____
   _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____
   _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date I was at the Cook County Jail on around or about June 25 2015 until Sept-30 2015. I was force I live under unconstitutional condition such as Rats running around all in your cell eating up my commissary. I had to take my commissary and put it in the bed with me in order to stop the Rats from eating it. Roaches crawling all over ME while I was sleeping mold in the shower water cold strong odor in the bathroom cell flooded because the toilet bassed up human feces coming out the toilet mice feces all in MY cell dayroom. I told the officer about it they look at ME like I'm crazy. Rust colored water I was force to drink. They move ME to one deck to another and the one they moved ME to is worst than the deck I just left. Food cold because they leave the food cart in the halway for hours. I literally can't clean up MY cell because they don't want to give ME nothing gnets flying around dropping in the lil food they gave ME. the sewer system ridiculous. the pipes is messes up. When I call yourself trying to keep the mices

4

Out ~~of~~ my cell by putting something under the door, they come in around the back of the toilet because holes all in the bottom of the toilet wall. Vents blowing cold air ~~I~~ had to put something over the vent to try and stop the air from blowing that hard. Now you got to ask the nurse for cold pills because ~~I~~ caught a cold.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be Compensated for the Suffering that was cause for my commissary that the Rats mice Ate up. And the living condition I was force to live in the filth which cause Stress

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this March day of 8, 20 16

Willie Hughes
(Signature of plaintiff or plaintiffs)

Willie Hughes
(Print name)

N82054
(I.D. Number)

Po Box 500
Vandalia Ill 62471
(Address)

Revised 9/2007

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

U.S. POSTAGE PITNEY BOWES
ZIP 62471
02 4W
0000333268 MAR 09 2016
$ 001.42

Willie C Hughes N82054
Po Box 500
Vandalia Ill 62471

2016 MAR 11 AM 11:28

16-cv-3160
Judge Thomas M. Durkin
Magistrate Judge Michael T. Mason
PC11

Office of
Clerk of The U.S. District Court
United States Courthouse
Chicago Ill 60604